# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------------X

DAVID HOLZER,

                         Plaintiff,

   -against-

AT&T CORP.,

                         Defendant.

-------------------------------------------------------------------X

Index No.:
Date Purchased:

**SUMMONS**

Plaintiff designates
King's County
Basis of Venue is:
King's County
as the place of trial
pursuant to CPLR 509

**TO THE ABOVE-NAMED DEFENDANT:**

**YOU ARE HEREBY SUMMONED** to answer the verified complain in this action and to serve a copy of your answer, or, if the verified complaint is not served with the verified answers, to serve a notice of appearance, on the Plaintiff's Attorney within 20 days after the service of this summons is not personally delivered to you within the State of New York; and in case of your failure to appear or answer, judgment will be taken against by default for the relief demanded in this complaint.

Dated: August 23, 2019

                                                   Richard Liebowitz
                                                   LIEBOWITZ LAW FIRM, PLLC
                                                   11 Sunrise Plaza, Ste. 305
                                                 Valley Stream, NY 11580
                                                 (516) 233-1660
                                                 rl@liebowitzlawfirm.com

                                                 *Counsel for Plaintiff David Holzer*

Defendant's Address:

AT&T Corp.
1330 Avenue of the Americas

New York, NY 10019

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------------------X

DAVID HOLZER,

        Plaintiff,

Index No.:

-against-

AT&T CORP.,

        Defendant.

------------------------------------------------------------------------X

## VERIFIED COMPLAINT

    Plaintiff, DAVID HOLZER ("Plaintiff"), by his attorneys, Liebowitz Law Firm, PLLC, for his first Complaint against Defendant AT&T CORP. ("Defendant") alleges as follows:

## NATURE OF THE ACTION

    1.    This is an action under sections 50 and 51 of the New York Civil Rights Law for Defendant's violation of Plaintiff's statutory right of privacy. Accordingly, Plaintiff seeks monetary and injunctive relief under NY Civ Rights L §§ 50-51.

## JURISDICTION

    2.    The Court has subject matter jurisdiction over the claim pursuant to N.Y. Civ. Rights L. §§ 50-51.

    3.    The Court has personal jurisdiction over Defendant, which maintains an office in the County of New York and transacts business within this County.

## THE PARTIES

4. Plaintiff is an individual and resident of the County of New York, with address of 98 Van Cortlandt Park South, Bronx 10463.

5. Plaintiff is recognized as an accomplished athlete who is well-known in the fields of BMX biking and skateboarding. At times relevant hereto, he managed a Skateboard Supercross park located in Brooklyn, New York ("SBSX Brooklyn") and featured a track built by VELOSOLUTIONS USA.

6. Plaintiff has been engaged in sponsorships, endorsements and licensing of his likeness and persona in the merchandising of consumer products and actively seeks to protect his likeness and persona from misappropriation.

7. Defendant AT&T Corp. is a domestic corporation incorporated in the State of New York with address at 1330 Avenue of the Americas, New York, NY 10019.

8. Upon information and belief, Defendant is the business of offering telecommunications and networking products and services.

9. Upon information and belief, Defendant commercially exploits individual personas, pictures and likenesses to market its products and services as part of its ordinary course of business.

10. Defendant owns and operates a website at URL www.codesofculture.com (the "Website").

## STATEMENT OF FACTS

11. Without his knowledge, Plaintiff was photographed by a third-party photographer named "RenPh0" (the "Photographer") while Plaintiff was riding his BMX bike on a VEOLSUTIONS track at SBSX Brooklyn. Plaintiff's likeness and persona were captured in an

aerial and highly athletic pose (the "Photograph"). A true and correct copy of the Photograph, which was created on or about November 3, 2017, is attached hereto as <u>Exhibit A</u>.

12. The Photographer did not secure a model release from Plaintiff.

13. Upon information and belief, the Photographer then licensed the Photograph to Defendant by uploading it to the Website.

14. Defendant then published the Photograph on a commercial billboard in Bushwick, Brooklyn as part of an advertising and/or marketing campaign to sell Defendant's products and services. Attached as <u>Exhibit B</u> is a true and correct copy of a photograph of Defendant's unauthorized billboard, as it appears in Bushwick, Brooklyn as of August 6, 2019.

15. Plaintiff learned of Defendant's unauthorized use of his picture, image and likeness when colleagues who had seen the billboard forwarded Plaintiff snapshots of the billboard. This demonstrates that Plaintiff's image and likeness were recognizable to the public. Attached as <u>Exhibit C</u> are true and correct copies of text messages sent to Plaintiff which notified him of Defendant's violation of Plaintiff's statutory right to privacy.

16. Defendant never obtained Plaintiff's permission, authorization or written consent to commercially exploit Plaintiff's image and likeness in connection with Defendant's products and services.

17. Defendant used Plaintiff's image and likeness for trade and advertising purposes, and without his written consent, in order to attract customers and generate sales.

**FIRST CAUSE OF ACTION**

**(Violation of Privacy Right Under
New York Civil Rights Law §§ 50 and 51)**

18. Plaintiff alleges and incorporates herein by reference each and every allegation set forth in the foregoing paragraphs 1-17.

19. This is an action under sections 50 and 51 of the New York Civil Rights Law for Defendant's violation of Plaintiff's statutory right of privacy.

20. Plaintiff is a living person.

21. Without Plaintiff's written consent, Defendant used a picture of Plaintiff for advertising purposes or for the purposes of trade.

22. Defendant has knowingly violated Plaintiff's right of privacy by appropriating Plaintiff's likeness for the purposes of trade and failing to obtain Plaintiff's written consent before doing so.

23. The appropriation of Plaintiff's picture, image and likeness was unauthorized and without the prior consent of Plaintiff.

24. Defendant's aforesaid acts have caused and are causing damage to Plaintiff, and unless permanently restrained by this Court, the irreparable injury will continue.

25. As a result of the Defendant's knowing violation of the New York Civil Rights Law, punitive damages should be assessed against Defendant.

26. Plaintiff also seeks to recover his damages sustained as a result of Defendant's unlawful acts, together with an accounting of Defendant's profits arising from such activities, and that the Court exercise its discretion and enter a judgment for such additional sums as the Court shall be just, according to the nature of the acts of Defendant.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against the Defendant for:

(i) Damages in a sum that exceeds the jurisdictional limits of all lower courts;

(ii) Restraining the use of Plaintiffs image and likeness;

(iii) Awarding punitive damages;

(iv)  Requiring Defendant to account to Plaintiff for all proceeds derived from its wrongful conduct;

(v)  Such other and further relief as to the Court may seem just and proper.

Dated: Valley Stream, New York
August 22, 2019

s/richardliebowitz/
Richard Liebowitz, Esq.
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
rl@liebowitzlawfirm.com

*Counsel for Plaintiff David Holzer*

STATE OF NEW YORK:

COUNTY OF NEW YORK:

## **VERIFICATION**

I, DAVID HOLZER, the Plaintiff in this action, do hereby affirm under the penalty of perjury and pursuant to the CPLR that the following facts are true;

That I have read the foregoing SUMMONS AND VERIFIED COMPLAINT and know the contents thereof; that the same are true to the best of my knowledge except as to those matters to be alleged upon information and belief and that as to those matters, I believe them to be true.

DATED:   New York, New York
         August 2__, 2019

_____
DAVID HOLZER

# EXHIBIT A

FILED: KINGS COUNTY CLERK 08/23/2019 03:39 PM
NYSCEF DOC. NO. 2
INDEX NO.
RECEIVED NYSCEF: 08/23/2019
Case 1:19-cv-05495-LDH-RER   Document 1-1   Filed 09/27/19   Page 11 of 16 PageID #: 15



# EXHIBIT B



# EXHIBIT C



•••ll T-Mobile LTE       12:52 PM         ✻ 9% ⚡

< **maybach62s**
Active now

Yesterday, 10:39 PM

Sup bro I seen u in a AT&T poster
🙏🏾🙏🏾👏🏾👏🏾👏🏾👏🏾💪🏾💪🏾

12:07 PM

Tryna figure out where it's at and who took that pic boy

Did you see the ad yourself? Where at

Yea I did

Last night in Bushwick

It's a 718 thing

Message...