UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID HOLZER,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T CORP.,<br><br>    Defendant. | No.   19-cv-5495-LDH-RER<br><br>**ANSWER OF AT&T SERVICES, INC. ERRONEOUSLY SUED AS <u>AT&T CORP.</u>** |

Defendant AT&T Services, Inc. ("AT&T Services"), erroneously sued as AT&T Corp., by and through its attorneys, Frankfurt Kurnit, Klein & Selz, P.C., as and for its answer to the complaint (the "Complaint") filed by plaintiff David Holzer ("Plaintiff"), states as follows:

### NATURE OF THE ACTION

1. AT&T Services admits that Plaintiff purports to assert a claim under sections 50 and 51 of the New York Civil Rights Law in Paragraph 1 of the Complaint, but denies that Plaintiff is entitled to any such relief.

### JURISDICTION

2. Paragraph 2 of the Complaint contains a legal conclusion for which no response is required. However, AT&T Services asserts that this Court has original jurisdiction pursuant to 28 U.S.C. § 1332 because it is a civil action between citizens of different states and the amount in controversy exceeds $75,000.

3. AT&T Services denies the single allegation in Paragraph 3 of the Complaint that AT&T Corp. is the proper defendant in this matter, and admits and affirmatively alleges that this Court

has personal jurisdiction over the real defendant in interest, AT&T Services.

## THE PARTIES

4.      AT&T Services denies having knowledge or information sufficient to form a belief with respect to the truth of the allegations in Paragraph 4 of the Complaint, and thus denies such allegations.

5.      AT&T Services denies having knowledge or information sufficient to form a belief with respect to the truth of the allegations in Paragraph 5 of the Complaint, and thus denies such allegations.

6.      AT&T Services denies having knowledge or information sufficient to form a belief with respect to the truth of the allegations in Paragraph 6 of the Complaint, and thus denies such allegations.

7.      AT&T Services denies the allegation in Paragraph 7 of the Complaint that AT&T Corp. is the proper defendant in this matter, but states and affirmatively alleges that the real defendant in interest, AT&T Services, is a Delaware corporation with its principal place of business in Dallas, Texas.

8.      AT&T Services denies each and every allegation in Paragraph 8 of the Complaint.

9.      AT&T Services denies each and every allegation in Paragraph 9 of the Complaint.

10.     AT&T Services denies the allegation in Paragraph 10 of the Complaint that AT&T Corp. is the proper defendant in this matter, but states and affirmatively alleges that the real defendant in interest, AT&T Services owns and operates the website at the URL www.codesofculture.com.

## STATEMENT OF FACTS

11.     AT&T Services denies having knowledge or information sufficient to form a belief with respect to the truth of the allegations in Paragraph 11 and thus denies such allegations, except

admits, upon information and belief, that a third-party photographer named "RenPh0" (the "Photographer") created the photograph attached as Exhibit A to the Complaint (the "Photograph").

12. AT&T Services denies having knowledge or information sufficient to form a belief with respect to the truth of the allegations in Paragraph 12 of the Complaint.

13. AT&T Services denies having knowledge or information sufficient to form a belief with respect to the truth of the allegations in Paragraph 13, except affirmatively alleges that the Photographer licensed to the real defendant in interest, AT&T Services, the right to use the Photograph and images contained therein.

14. AT&T Services denies each and every allegation in Paragraph 14 of the Complaint, including the allegation that AT&T Corp. is the proper defendant in this matter, except affirmatively alleges that the real defendant in interest, AT&T Services, retained the services of an advertising agency that placed the Photograph on a billboard in Bushwick, Brooklyn as part of an advertising campaign.

15. AT&T Services denies having knowledge or information sufficient to form a belief concerning the truth of the allegations in Paragraph 15 of the Complaint, except denies that AT&T Corp. is the proper defendant in this matter, that the use of the Photograph was unauthorized and that Plaintiff's image and likeness in the Photograph were recognizable to the public.

16. AT&T Services denies each and every allegation in Paragraph 16 of the Complaint.

17. AT&T Services denies each and every allegation in Paragraph 17 of the Complaint.

## FIRST CAUSE OF ACTION

### (Violation of Privacy Right Under New York Civil Rights Law §§ 501 and 51)

18. AT&T Services incorporates by reference its responses herein to Paragraphs 1 through 17 in the Complaint.

19. AT&T Services admits that Plaintiff purports to assert a claim under sections 50 and 51 of the New York Civil Rights Law in Paragraph 1 of the Complaint, but denies that Plaintiff is entitled to any such relief.

20. AT&T Services lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 20, and thus denies such allegations.

21. AT&T Services denies each and every allegation in Paragraph 21 of the Complaint.

22. AT&T Services denies each and every allegation in Paragraph 22 of the Complaint.

23. AT&T Services denies each and every allegation in Paragraph 23 of the Complaint.

24. AT&T Services denies each and every allegation in Paragraph 24 of the Complaint.

25. AT&T Services denies each and every allegation in Paragraph 25 of the Complaint.

26. AT&T Services denies each and every allegation in Paragraph 26 of the Complaint.

## ANSWER TO PRAYER FOR RELIEF

AT&T Services denies that Plaintiff is entitled to any of the relief requested.

## DEFENDANT'S AFFIRMATIVE DEFENSES

Without altering the burden of proof, AT&T Services asserts the defenses set forth below. These defenses are asserted based upon AT&T Services's investigation of the asserted allegations, which is not yet complete and will remain so pending discovery in this matter. AT&T Services therefore reserves all affirmative defenses under Fed. R. Civ. P. 8(c) and any other defense at law or equity that may now exist or in the future be available based on discovery

and further investigation.

### **FIRST AFFIRMATIVE DEFENSE**
**(Failure to State a Claim)**

Plaintiff fails to state a claim upon which relief may be granted.

### **SECOND AFFIRMATIVE DEFENSE**
**(Plaintiff is Not Recognizable in the Photograph)**

Plaintiff's image and likeness are not recognizable in the Photograph.

### **THIRD AFFIRMATIVE DEFENSE**
**(Authorization)**

Plaintiff's claims are barred in whole or in part on the grounds that the use, if any, of Plaintiff's image and likeness was licensed or otherwise authorized by the Photographer, with the actual right or apparent authority to license or authorize such use.

**WHEREFORE**, Defendant AT&T Services respectfully requests that the Court enter judgment against Plaintiff:

(a) dismissing Plaintiff's Complaint in its entirety with prejudice;

(b) awarding AT&T Services its reasonable costs and attorneys' fees; and

(c) awarding AT&T Services such other and further relief as the Court deems just and proper.

Dated: New York, New York
October 4, 2019

FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: /s/ Maura J. Wogan
Maura J. Wogan
28 Liberty Street, 35th Floor
New York, New York 10005
(212) 826-5523
Mwogan@fkks.com

*Attorneys for AT&T Services, Inc. sued erroneously as AT&T Corp.*

TO: Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Ste. 305
Valley Stream, New York 11580
(516) 233-1660

*Attorneys for Plaintiff
David Holzer*